**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTIAN STEVEN G., | ) | No. SACV 22-1707-DSF (JPR) |
| Plaintiff, | ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND** |
| v. | ) ) | **RECOMMENDATION** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Magistrate Judge's Report and Recommendation, and other records on file herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Plaintiff's request for an order remanding this case for further proceedings is DENIED.

2. The Commissioner's request for an order affirming his final decision is GRANTED.

3. Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: March 26, 2024

_____
DALE S. FISCHER
U.S. DISTRICT JUDGE