JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTIAN STEVEN GOMEZ, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | Case No. SACV 22-1707-DSF (JPR) <br><br> **J U D G M E N T** |

   For the reasons set forth in the Magistrate Judge's Report and Recommendation, which the Court has accepted in a separate order, it is hereby adjudged that the Commissioner's decision is AFFIRMED and Judgment is entered in the Commissioner's favor.

DATED: March 26, 2024

DALE S. FISCHER
U.S. DISTRICT JUDGE